UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TIMOTHY RAY SADLER,**

    Plaintiff,

v.                                  CASE NO.  3:14cv544/MCR/CJK

**GLENNAL M. VERBOIS, et al.,**

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 12, 2015.  (Doc. 8).  The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of April, 2015.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **CHIEF UNITED STATES DISTRICT JUDGE**